DAN RAYFIELD
Attorney General
COBY HOWELL #253434
LEANNE HARTMANN #T25070201, Mass. BBO #667852
BRIAN MARSHALL #196129
Senior Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Coby.Howell@doj.oregon.gov
      Leanne.Hartmann@doj.oregon.gov
      Brian.S.Marshall@doj.oregon.gov

*Attorneys for State of Oregon*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| STATE OF MICHIGAN, *et al.*,<br><br>                      *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>                      *Defendants*. | Case No. 6:25-cv-2053-AP<br><br>**STIPULATED PROPOSED SCHEDULING ORDER** |

### STIPULATED PROPOSED SCHEDULING ORDER

The Parties stipulate to the following scheduling order:

1. Plaintiffs believe this case requires expedited resolution on or before December 31, 2025, as Defendants have extended the deadline for accepting the Homeland Security Grant

Program ("HSGP") and Emergency Management Performance Grant ("EMPG") awards to December 31, 2025.

2. Defendants shall file the certified administrative record on or before November 19, 2025.

3. Plaintiffs shall file their motion for summary judgment on or before November 24, 2025.

4. Defendants shall file their response to Plaintiffs' motion for summary judgment, as well as their cross-motion for summary judgment on or before December 8, 2025.

5. Plaintiffs shall file their response to Defendants' cross-motion for summary judgment on or before December 12, 2025.

6. If the Court requires oral argument on Plaintiffs' motion for summary judgment, the Parties request the hearing be scheduled the week of December 15th.

7. Defendants may defer responding to the complaint until after the Court's ruling on the summary judgment motions, to the extent a response is necessary.

The parties jointly request the Court enter an order approving this stipulation. As necessary, the Parties are available to appear for a status conference, via video conference or telephone, at the Court's convenience to discuss the schedule in this matter.

IT IS SO ORDERED.

Dated: November ___, 2025          _____
                                    Amy Potter
                                    U.S. Magistrate Judge

STIPULATED AND APPROVED FOR ENTRY BY:

Dated: November 6, 2025

                                         BRETT A. SHUMATE
                                         Assistant Attorney General
                                         Civil Division

                                         ERIC J. HAMILTON
                                         Deputy Assistant Attorney General
                                         Federal Programs Branch

                                         ANDREW WARDEN
                                         Assistant Branch Director
                                         Federal Programs Branch

                                         *s/ Alexandra Yeatts (w/ permission)*
                                         ALEXANDRA YEATTS
                                         (CA Bar No. 358762)
                                         *Trial Attorney*
                                         U.S. Department of Justice,
                                         Civil Division, Federal Programs
                                         1100 L Street, N.W.
                                         Washington, DC 20005
                                         Tel: (202) 353-5677
                                         Email: alexandra.yeatts@usdoj.gov

                                         *Attorneys for Defendants*

| | |
|---|---|
| DANA NESSEL<br>Attorney General of Michigan | DAN RAYFIELD<br>Attorney General For State of Oregon |
| By: *s/ Neil Giovanatti*<br>NEIL GIOVANATTI (P82305)<br>ADAM R. DE BEAR (P80242)<br>DANIEL J. PING (P81482)<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>deBearA@michigan.gov<br>PingD@michigan.gov |  *s/ Coby Howell*<br>COBY HOWELL #25434<br>LEANNE HARTMANN #T25070201,<br>Mass. BBO #667852<br>BRIAN MARSHALL #196129<br>Senior Assistant Attorneys General<br>100 SW Market Street<br>Portland, OR 97201<br>971-673-1880<br>Coby.Howell@doj.oregon.gov<br>Leanne.Hartmann@doj.oregon.gov<br>Brian.S.Marshall@doj.oregon.gov |
| *Attorneys for the State of Michigan* | *Counsel for Plaintiff State of Oregon* |

| | |
|---|---|
| KRISTIN K. MAYES<br>Attorney General Of Arizona<br><br>By: *s/ Joshua G. Nomkin*<br>JOSHUA G. NOMKIN<br>Office of the Attorney General<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Joshua.Nomkin@azag.gov<br><br>*Attorney for the State of Arizona* | PHILIP J. WEISER<br>Attorney General for the State of Colorado<br><br>By: *s/ Sarah H. Weiss*<br>Senior Assistant Attorney General<br>FINNUALA K. TESSIER<br>Assistant Attorney General<br>Colorado Department of Law<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>Sarah.Weiss@coag.gov<br><br>*Attorneys for the State of Colorado* |
| ANNE E. LOPEZ<br>Attorney General for the State of Hawaiʻi<br><br>By: *s/ Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaii* | S. TRAVIS MAYO<br>General Counsel Office of the Governor of Kentucky<br><br>By: *s/ S. Travis Mayo*<br>S. TRAVIS MAYO<br>General Counsel<br>TAYLOR PAYNE<br>Chief Deputy General Counsel<br>LAURA C. TIPTON<br>Deputy General Counsel<br>Office of the Governor<br>501 High Street<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br><br>*Attorneys for Plaintiff Office of the Governor* ex rel. *Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky* |
| AARON M. FREY<br>Attorney General for the State of Maine<br><br>By: *s/ John E. Belisle*<br>JOHN E. BELISLE<br>Assistant Attorney General<br>Office of Maine Attorney General<br>6 State House Station<br>Augusta, Maine 04333-006<br>(207) 626-8800<br>john.belisle@maine.gov<br><br>*Attorney for the State of Maine* | ANTHONY G. BROWN<br>Attorney General for the State of Maryland<br><br>By: *s/ James C. Luh*<br>JAMES C. LUH<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br><br>*Attorney for the State of Maryland* |

| | |
|---|---|
| AARON D. FORD<br>Attorney General<br><br>By: *s/ K. Brunetti Ireland*<br>K. BRUNETTI IRELAND<br>Chief of Special Litigation<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>kireland@ag.nv.gov<br><br>*Attorney for the State of Nevada* | JEFF JACKSON<br>Attorney General of North Carolina<br><br>LAURA HOWARD<br>Chief Deputy Attorney General<br><br>By *s/ Daniel T. Wilkes*<br>*Assistant Deputy Attorney General*<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6415<br>dwilkes@ncdoj.gov<br><br>*Attorney for State of North Carolina* |
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>By: *s/ Frances Reynolds Colbert*<br>FRANCES REYNOLDS COLBERT<br>Assistant Attorney General<br>State Bar #1050435<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-9226<br>(608) 294-2907 (Fax)<br>frances.colbert@wisdoj.gov<br><br>*Attorney for State of Wisconsin* | |