DANA NESSEL
Attorney General for the State of Michigan
NEIL GIOVANATTI (P82305)
ADAM DE BEAR (P80242)
DANIEL PING (P81482)
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
Email:  GiovanattiN@michigan.gov
        deBearA@michigan.gov
        PingD@michigan.gov

*Attorneys for the State of Michigan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF MICHIGAN; STATE OF OREGON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF HAWAI'I; OFFICE OF THE GOVERNOR ex rel. ANDY BESHAR, in his official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DAVID RICHARDSON, in his official capacity as Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendants*. | Case No. 6:25-cv-2053-AP<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs provide notice of the Memorandum and Order, issued on December 22, 2025, in *Illinois v. Noem*, No. 1:25-cv-00495-MSM-PAS (D.R.I.). This Memorandum and Order is attached as Exhibit 1. In this Memorandum and Order, the District of Rhode Island held the Population Certification Hold and Performance Period Change are unlawful, vacated these terms in the plaintiff states' grants, and granted injunctive relief to the plaintiffs.

DATED: December 23, 2025

Respectfully submitted,

| | |
|---|---|
| DANA NESSEL<br>Attorney General of Michigan | DAN RAYFIELD<br>Attorney General for State of Oregon |
| By: *s/ Neil Giovanatti*<br>NEIL GIOVANATTI (P82305)<br>ADAM R. DE BEAR (P80242)<br>DANIEL J. PING (P81482)<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>deBearA@michigan.gov<br>PingD@michigan.gov | *s/ Coby Howell*<br>COBY HOWELL #25434<br>LEANNE HARTMANN #T25070201,<br>Mass. BBO #667852<br>BRIAN MARSHALL #196129<br>Senior Assistant Attorneys General<br>100 SW Market Street<br>Portland, OR 97201<br>971-673-1880<br>Coby.Howell@doj.oregon.gov<br>Leanne.Hartmann@doj.oregon.gov<br>Brian.S.Marshall@doj.oregon.gov |
| *Attorneys for the State of Michigan* | *Counsel for Plaintiff State of Oregon* |
| KRISTIN K. MAYES<br>Attorney General of Arizona | PHILIP J. WEISER<br>Attorney General for the State of Colorado |
| By: *s/ Joshua G. Nomkin*<br>JOSHUA G. NOMKIN<br>Office of the Attorney General<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Joshua.Nomkin@azag.gov | By: *s/ Sarah H. Weiss*<br>SARAH H. WEISS<br>FINNUALA K. TESSIER<br>Senior Assistant Attorneys General<br>Colorado Department of Law<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>Sarah.Weiss@coag.gov |
| *Attorney for the State of Arizona* | *Attorneys for the State of Colorado* |

ANNE E. LOPEZ
Attorney General for the State of Hawaiʻi

By: *s/ Kalikoʻonālani D. Fernandes*
DAVID D. DAY
Special Assistant to the Attorney General
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaii*

S. TRAVIS MAYO
General Counsel Office of the Governor of Kentucky

By: *s/ S. Travis Mayo*
S. TRAVIS MAYO
General Counsel
TAYLOR PAYNE
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Attorneys for Plaintiff Office of the Governor* ex rel. *Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky*

AARON M. FREY
Attorney General for the State of Maine

By: *s/ John E. Belisle*
JOHN E. BELISLE
Assistant Attorney General
Office of Maine Attorney General
6 State House Station
Augusta, Maine 04333-006
(207) 626-8800
john.belisle@maine.gov

*Attorney for the State of Maine*

ANTHONY G. BROWN
Attorney General for the State of Maryland

By: *s/ James C. Luh*
JAMES C. LUH
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6411
jluh@oag.state.md.us

*Attorney for the State of Maryland*

AARON D. FORD
Attorney General of Nevada

By: *s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorney for the State of Nevada*

RAÚL TORREZ
Attorney General of the State of New Mexico

By: *s/ Lauren Perry*
Lauren Perry
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 270-4332
lperry@nmdoj.gov

*Attorneys for the State of New Mexico*

| | |
|---|---|
| JEFF JACKSON<br>Attorney General of North Carolina<br><br>LAURA HOWARD<br>Chief Deputy Attorney General<br><br>By: *s/ Daniel T. Wilkes*<br>DANIEL T. WILKES<br>Assistant Deputy Attorney General<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>(919) 716-6415<br>dwilkes@ncdoj.gov<br><br>*Attorney for State of North Carolina* | JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>By: *s/ Frances Reynolds Colbert*<br>FRANCES REYNOLDS COLBERT<br>Assistant Attorney General<br>State Bar #1050435<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-9226<br>(608) 294-2907 (Fax)<br>frances.colbert@wisdoj.gov<br><br>*Attorney for State of Wisconsin* |