IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF MICHIGAN, STATE OF OREGON, STATE OF ARIZONA, STATE OF COLORADO, STATE OF HAWAII, STATE OF MAINE, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF WISCONSIN, and OFFICE OF THE GOVERNOR, ex rel. ANDY BESHAR, <br><br>　　　　Plaintiffs, <br>　v. <br><br>KRISTI NOEM, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DAVID RICHARDSON, and FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br>　　　　Defendants. | Case No. 6:25-cv-02053-AP <br><br>**JUDGMENT** |

POTTER, United States Magistrate Judge:

Judgment for Plaintiffs in accordance with the Court's December 23, 2025, Opinion & Order (ECF No. 55).

DATED this 23rd Day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　/s/Amy E. Potter
　　　　　　　　　　　　　　　　　　　　　　AMY E. POTTER
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

PAGE 1 – JUDGMENT