BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
ANDREW WARDEN
Assistant Branch Director
ALEXANDRA L. YEATTS
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| STATE OF MICHIGAN, *et al.*, <br><br>      *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br>      *Defendants*. | Case No. 6:25-cv-2053-AP <br><br> **NOTICE OF APPEAL** |

## <u>NOTICE OF APPEAL</u>

All Defendants in this action—Kristi Noem, in her official capacity as Secretary of the

Department of Homeland Security; the U.S. Department of Homeland Security; Karen Evans,[1] in

her official capacity as the Senior Official Performing the Duties of the Administrator of the

Federal Emergency Management Agency ("FEMA"); and the Federal Emergency Management

Agency—respectfully provide notice that they hereby appeal to the United States Court of

Appeals for the Ninth Circuit the Court's December 23, 2025 final judgment, ECF No. 56, and

all prior orders and opinions merged into the final judgment, including but not limited to the

December 23, 2025 opinion and order, ECF No. 55, which granted Plaintiffs' motion for

summary judgment, ECF No. 30.

Dated: February 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

Andrew Warden
Assistant Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA YEATTS
(CA Bar No. 358762)
*Trial Attorney*
U.S. Department of Justice,

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Karen Evans is substituted for David Richardson, as Ms. Evans became the Senior Official Performing the Duties of the Administrator of FEMA on December 1, 2026.

Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: alexandra.yeatts@usdoj.gov

*Attorneys for Defendants*